**FILED**
December 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ___DT___
Deputy

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | **Case No: EP:25-CR-03043-KC** |
| **Plaintiff,** § § | **INDICTMENT** |
| v. § § | |
| § | **CT 1:** 18 U.S.C. §§ 111(a)-Assault of a |
| **TICYEE NICOLE JEUNE,** § § | Federal Officer with Physical Contact |
| **Defendant.** § § | |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 2, 2025, in El Paso, Texas, within the Western District of Texas, Defendant,

**TICYEE NICOLE JEUNE,**

Intentionally, forcibly assaulted, opposed, impeded, intimidated, and interfered with Immigration and Customs Enforcement Health Services Corps Dental Assistant ("DA"), C.C.C., a person designated in Title 18, United States Code, Section 1114, who was then engaged in, and on account of the performance of DA C.C.C.'s official duties, and said acts involved physical contact with DA C.C.C., all in violation of Title 18, United States Code, Sections 111(a).

A TRUE BILL.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: *[signature]*
Assistant United States Attorney